IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

        Plaintiff,                        No. CIV S-11-1468 EFB P

    vs.

WONG, et al.,

        Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests that the court appoint counsel and that he be granted leave to proceed in forma pauperis.

        District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request counsel voluntarily to represent such a plaintiff.  28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  The court finds that there are no exceptional circumstances in this case.

        Further, for the reasons stated in the court's November 30, 2011 order, plaintiff's request for leave to proceed in forma pauperis, is denied.

1

1     Accordingly, IT IS HEREBY ORDERED that plaintiff's December 8, 2011, request for
2 appointment of counsel and December 16, 2011 request for leave to proceed in forma pauperis,
3 are denied.

4 DATED: December 20, 2011.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE