IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALTON E. DEAN,

      Plaintiff,                    No. CIV S-11-1468 EFB P

    vs.

WONG, et al.,

      Defendant.                ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4). On November 30, 2011, the court found that plaintiff was not entitled to proceed *in forma pauperis*, denied his application to so proceed and directed him to pay the filing fee required by 28 U.S.C. § 1914. The order gave plaintiff 30 days to pay the required fee and warned him that failure to do so may result in this action being dismissed. The 30-day period has expired and plaintiff has not paid the filing fee. Instead, plaintiff again requested leave to proceed in forma pauperis and appointment of counsel.

////

////

1

1  The court denied those motions on December 20, 2011.  Dckt. Nos. 21, 22, 23.

2  Accordingly, this action is dismissed without prejudice.

3  Dated: February 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE